# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ROBERT BRISCOE, III,<br><br>Petitioner,<br><br>v.<br><br>LAURA ELDRIDGE, Acting Warden,<br><br>Respondent. | Case No. 1:19-cv-00389-DAD-JLT-HC<br><br>ORDER GRANTING PETITIONER'S MOTION TO AMEND TO NAME A PROPER RESPONDENT AND DIRECTING CLERK OF COURT TO SUBSTITUTE RESPONDENT<br>[Doc. 12]<br><br>ORDER DENYING PETITIONER'S MOTION TO SUPPLEMENT PETITION<br>[Doc. 13]<br><br>ORDER GRANTING PETITIONER LEAVE TO FILE A FIRST AMENDED PETITION<br><br>[THIRTY DAY DEADLINE] |

On March 22, 2019, Petitioner filed a federal petition for writ of habeas corpus. He named the Superior Court of Fresno County as Respondent. On March 29, 2019, the Court advised Petitioner that he had failed to name a proper respondent and granted him leave to amend the petition to correct this deficiency. [Doc. 7.] On April 8, 2019, Petitioner filed two motions: 1) a motion to amend the petition to name a proper respondent; and, 2) a motion to amend to add supplemental facts and points and authorities. [Docs. 12, 13.]

Petitioner moves to amend the petition to name Laura Eldridge, the acting warden at his institution, as Respondent in this matter. The acting warden of the institution is the state officer

1

which has custody of Petitioner; therefore, the acting warden is a proper respondent. Rule 2(a) of the Rules Governing § 2254 Cases; Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir. 1996). Accordingly, Petitioner's motion to amend the respondent will be granted.

Petitioner has also filed a motion to amend to include supplemental facts and points and authorities in support of the petition. Petitioner is advised that the petition may not depend on other pleadings to be complete. It must be complete in and of itself. Therefore, the motion to supplement with additional points and authorities will be denied.[1] Nevertheless, Petitioner may file a First Amended Petition pursuant to Fed. R. Civil P. § 15(a) to include all facts and arguments which he seeks to include. If he chooses to do so, he is advised that the amended petition must be complete in and of itself.

**ORDER**

Accordingly, the Court ORDERS:

1) Petitioner's motion to amend the petition to name a proper respondent is GRANTED;
2) The Clerk of Court is DIRECTED to substitute Laura Eldridge as Respondent in this matter;
3) Petitioner's motion to supplement the petition with additional points and authorities is DENIED; and
4) Petitioner is GRANTED thirty days from the date of service of this order in which to file a First Amended Petition. If he chooses not to do so, the action will proceed on the original petition.

IT IS SO ORDERED.

Dated: __April 9, 2019__     _____/s/ Jennifer L. Thurston__
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Fed. R. Civ. P. 15(d) is inapplicable because Petitioner is not seeking to include "any transaction, occurrence, or event that happened after the date of the pleading to be supplemented."