# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ROBERT BRISCOE, III, | ) Case No.: 1:19-cv-00389-DAD-JLT (HC) |
| Petitioner, | ) ORDER DIRECTING RESPONDENT TO FILE A RESPONSE |
| v. | ) |
| LAURA ELDRIDGE, | ) [60-DAY DEADLINE] |
| Respondent. | ) |

On July 29, 2019, the Court granted Respondent's motion to dismiss and petitioner's motion to delete claim two. (Doc. No. 36.)

Accordingly, Respondent is directed to file a response to the remaining claims **within 60 days** of the date of service of this order. Petitioner may file a traverse **within 30 days** of the date Respondent's answer is filed with the Court. If no traverse if filed, the petition and answer are deemed submitted at the expiration of the thirty days.

All motions shall be submitted on the record and briefs filed without oral argument unless otherwise ordered by the Court. Local Rule 230(l). Extensions of time will only be granted upon a showing of good cause. All provisions of Local Rule 110 are applicable to this order.

IT IS SO ORDERED.

Dated: __July 31, 2019__                  ___/s/ Jennifer L. Thurston___
                                          UNITED STATES MAGISTRATE JUDGE