# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ROBERT BRISCOE, III, | ) Case No.: 1:19-cv-00389-DAD-JLT (HC) |
| Petitioner, | ) ORDER DISREGARDING MISCELLANEOUS<br>) MOTION |
| v. | ) |
| LAURA ELDRIDGE, | ) (Doc. No. 35) |
| Respondent. | ) |

On July 26, 2019, Petitioner filed a motion to deny Respondent's notice of electronic lodging of documents submitted in support of Respondent's motion to dismiss. However, on July 29, 2019, the Court granted Respondent's motion to dismiss. (Doc. No. 36.) Therefore, Petitioner's motion is moot and hereby DISREGARDED.

IT IS SO ORDERED.

Dated: __July 31, 2019__                    __/s/ Jennifer L. Thurston__
                                            UNITED STATES MAGISTRATE JUDGE