# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ROBERT BRISCOE, III,<br><br>    Petitioner,<br><br>    v.<br><br>LAURA ELDRIDGE,<br><br>    Respondent. | Case No.: 1:19-cv-00389-DAD-JLT (HC)<br><br>ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT |

    In Respondent's opposition to motion for evidentiary hearing, filed on September 6, 2019, Respondent includes in a footnote that Michael Martel is the Warden of the California Health Care Facility, where Petitioner is currently house. (Doc. 42 at 1.) Respondent requests that the Court substitute Michael Martel as the Respondent. (Doc. 42 at 1.) The Court notes that Michael Martel has replaced Laura Eldridge as the Warden of the California Health Care Facility. Rule 25 of the Federal Rules of Civil Procedure allows the successor of a public office to automatically be substituted as a party. Accordingly, the Clerk of Court is DIRECTED to change the name of the Respondent to Michael Martel.

IT IS SO ORDERED.

    Dated: __October 3, 2019__            __/s/ Jennifer L. Thurston__
                                                                            UNITED STATES MAGISTRATE JUDGE