# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ROBERT BRISCOE, III,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL MARTEL, Warden,<br>Respondent. | Case No.: 1:19-cv-00389-DAD-JLT (HC)<br><br>ORDER DENYING PETITIONER'S MOTION TO DENY RESPONDENT'S REQUEST FOR EXTENSION OF TIME AS MOOT<br><br>(Doc. 49) |

On October 10, 2019, Petitioner filed a motion to deny Respondent's request for extension of time. (Doc. 49.) However, on October 3, 2019, the Court granted Respondent's motion for extension of time to file response to petition for writ of habeas corpus. (Doc. 46.) Therefore, Petitioner's motion is denied as moot.

IT IS SO ORDERED.

Dated: __October 16, 2019__         __/s/ Jennifer L. Thurston__
UNITED STATES MAGISTRATE JUDGE